THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRYANT PARK BUILDING, INC., Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Argued May 17, 1943; decided July 20, 1943.

*Robert H. Schaffer, Acting Corporation Counsel (Arthur H. Goldberg, Arthur A. Segall* and *Edmund B. Hennefeld* of counsel), for appellant.

*Henry H. Harkavy* and *Sidney B. Moskovitz* for respondent.

Order affirmed, with costs, no opinion.*

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.

---

* See footnote to *People ex rel. Chemical Bank & Trust Co.* v. *Miller,* 291 N. Y. 507, 508 — [REP.